BOOKCASE, INC., ET AL. *v.* LEARY, COMMISSIONER OF POLICE OF THE CITY OF NEW YORK, ET AL.

No. 332.   Decided October 10, 1966.

*Emanuel Redfield* and *Benjamin E. Winston* for appellants.

*J. Lee Rankin* and *Frank S. Hogan* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a properly presented federal question.

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted.

MR. JUSTICE HARLAN and MR. JUSTICE BRENNAN are of the opinion that the appeal should be dismissed for want of a substantial federal question.

GUY *v.* TAHASH, WARDEN, ET AL.

No. 169, Misc.   Decided October 10, 1966.

PER CURIAM.

The appeal is dismissed.